## VILLAGE OF ROYAL OAK *v.* DETROIT, GRAND HAVEN & MILWAUKEE RAILWAY CO.

CONDEMNATION PROCEEDINGS—CROSSING RAILROAD—REVIEW.

On review of proceedings to condemn land for a street across a railroad right of way, the fact that no allowance was made for keeping the crossing in repair will not be considered, in the absence of an exception to the verdict on that ground.

Error to Oakland; Smith, J.   Submitted November 17, 1904.   (Docket No. 102.)   Decided November 29, 1904.

Condemnation proceedings by the village of Royal Oak against the Detroit, Grand Haven & Milwaukee Railway Company to open a street.   There was judgment for petitioner, and respondent brings error.   Affirmed.

*L. C. Stanley*, for appellant.

*Fred A. Baker*, for appellee.

GRANT, J.   This is a proceeding to open a street across the right of way of the respondent's road in the village of Royal Oak, between Fourth street and Third street.   The respondent contends that the proposed street crosses a part of its station grounds.   The evidence does not bear out this contention.

The case is ruled, both in its facts and the conclusions to be deduced therefrom, by *Com'rs of Parks and Boulevards of Detroit* v. *Railway Co.*, 93 Mich. 58.

It is also urged that the verdict should be set aside because the record shows indisputably that no allowance was made for keeping the crossing in repair, and that the jury awarded only the first cost of construction.   No exception was taken to the verdict below upon this ground, and it cannot now be considered here.

Judgment affirmed.

The other Justices concurred.